IN THE NAME OF YAHWEH God
of All THE Worlds ✓

KEVIN W. DUNIGAN
Name
5032 Champions Ave
Las Vegas, NV F9142
(702) 319-4706
~~Phone Number~~ IN Pro Per Specialist

2007 OCT 17 P 4: 18

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KEVIN DUNIGAN           )
           Plaintiff,   )
                        )
                        )
vs.                     )        2:07-cv-01396-PMP-PAL
                        )
ENCORE Productions Inc. )
                        )
DESERT PALACE Inc. d/   )        CIVIL RIGHTS COMPLAINT
b/a CAESARS PALACE,     )        PURSUANT TO
Harrah's Entertainment  )        42 U.S.C. § 1983
                        )
                        )
_____   )
           Defendant(s).)

### A. JURISDICTION

1)   This complaint alleges that the civil rights of Plaintiff, KEVIN W. DUNIGAN
                                                (Print Plaintiff's name)

who presently resides at 5032 Champions Wy LV NV 89142 were

violated by the actions of the below named individuals which were directed against

Plaintiff at Desert Palace Inc, MANDALAY BAY, HARRAH'S Ent. ONE Harrah's Court) on the following dates
         (institution/city where violation occurred)

     Feb. 4, 2006  ,  Feb. 10 & 23, 2,006  , and JAN 26, 2,007
       (Count f)          (Count ff)              (Count fff)

**Make a copy of this page to provide the below**
**information if you are naming more than five (5) defendants**

2) Defendant *Rich Carll* resides at *ONE CAESARS Palace Dr.* *89109* *LV, NV*
   (full name of first defendant) *ENCORE* (address if first defendant)
   and is employed as *Manage Technical Service/ CAESAR'S Palace* This defendant is sued in his/her
   ___X___ individual __X__ (defendDnt's position Dnd title, if Dny)
   official capacity. (Check one or both). Explain how this defendant was
   acting

   under color of law: *Libel, Slander, Aiding And Abedding religious perse-*
   *cution, denial of equal protection) And due process*

P) Defendant *Sec. Manager/Hamilton* resides at *ONE CAESARS Palace Dr.* *89109* *LV NV*
   (full name of first defendant) *CAESAR'S* (address if first defendant)
   and is employed as *Security MANAGER* *Palace Hotel* This defendant is sued in his/her
   ___X___ individual __X__ (defendDnt's position Dnd title, if Dny)
   official capacity. (Check one or both). Explain how this defendant was
   acting

   under color of law: *"   " )*

4) Defendant *Richard Dickman* resides at *one CAESARS Palace Dr.* *89109* *LV, NV*
   (full name of first defendant) *CAESAR'S* (address if first defendant)
   and is employed as *Security Officer/ Palace Hotel* This defendant is sued in his/her
   ___X___ individualX__ (defendDnt's position Dnd title, if Dny)
   official capacity. (Check one or both). Explain how this defendant was
   acting

   under color of law: *"   "*

5) Defendant *Charles L. Atwood* resides at *one CAESAR'S Palace Dr.* *89109* *LV, NV*
   (full name of first defendant) *Desert Palace Inc.* (address if first defendant)
   and is employed as *Director, Treasurer* . This defendant is sued in his/her
   ___X___ individual X__ (defendDnt's position Dnd title, if Dny)
   official capacity. (Check one or both). Explain how this defendant was
   acting

   under color of law: *"   "*

2

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

*LV, NV*

2) Defendant _Gary W. Loveman_ resides at _1 Caesar's Palace Dr 89109_
(full name of first defendant)                              (address if first defendant)
and is employed as _Director/President /Harrah's Ent. Inc._This defendant is sued in his/her
_X_ individual _X_ (defendant's position and title, if any)
official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _"_                              _""_

---

*LV, NV*

P) Defendant _Jonathan Halkyard_ resides at _One Caesar's Palace Dr 89109_
(full name of first defendant)                              (address if first defendant)
and is employed as _Treasurer /Harrah's Ent Inc_. This defendant is sued in his/her
_X_ individual_X_ (defendant's position and title, if any)
official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _"_                              _""_

---

*LV, NV*

4) Defendant _Stephan H Brammel_ resides at _One Caesar's Palace Dr 89109_
(full name of first defendant)                              (address if first defendant)
and is employed as _Secretary /Harrah's Ent Inc._This defendant is sued in his/her
_X_ individual _X_ (defendant's position and title, if any)
official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _"_                              _""_

---

5) Defendant _Paul A. Ades_ resides at _One Harrah's Court Las Vegas, NV 89119_
(full name of first defendant)                              (address if first defendant)
and is employed as _Assoc General Counsel/Harrah's Ent_. This defendant is sued in his/her
_X_ individual _X_ (defendant's position and title, if any)
official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _"_                              _""_

2

3

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant _MARk VAN Hartesvelt_ resides at _5150 S. Decatur Blvd 89118_ *LV NV*
   (full name of first defendant)     (address if first defendant)
and is employed as _Director / Encore Production_ This defendant is sued in his/her
   (defendant's position and title, if any)
_X_ individual _X_ official capacity. (Check one or both).  Explain how this defendant was acting

  under color of law: _____ // _____ // _____

P) Defendant _Phillip K. Cooper_ resides at _6600 Balram St, LV NV 8913/_.
   (full name of first defendant)     (address if first defendant)
and is employed as _Treasurer/ Encore Productions_. This defendant is sued in his/her
   (defendant's position and title, if any)
_X_ individual _X_ official capacity. (Check one or both).  Explain how this defendant was acting

  under color of law: _____ // _____ // _____

4) Defendant _William E. Dayton_ resides at _41 Princeville LV NV 89113_.
   (full name of first defendant)     (address if first defendant)
and is employed as _President, Encore Production_. This defendant is sued in his/her
   (defendant's position and title, if any)
_X_ individual _X_ official capacity. (Check one or both).  Explain how this defendant was acting

  under color of law: _____ // _____ // _____

5) Defendant _Sid Pike_ resides at _5150 S. Decatur Las Vegas NV 89?_.
   (full name of first defendant)     (address if first defendant)
and is employed as _Account Executive / Encore_. This defendant is sued in his/her
   (defendant's position and title, if any)
_X_ individual _X_ official capacity. (Check one or both).  Explain how this defendant was acting

  under color of law: _____ // _____ // _____

2

**Make a copy of this page to provide the below**
**information if you are naming more than five (5) defendants**

2) Defendant _Jane Doe_____ resides at _5150 S. Decatur Las Vegas NV 89118_
   (full name of first defendant) / _Encore_ (address if first defendant)
and is employed as _Account Executive / Productions_. This defendant is sued in his/her
   (defendant's position and title, if any)
__X__ individual __X__ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

P) Defendant _John Doe_____ resides at _5150 S. Decatur LV. NV 89118_
   (full name of first defendant), / _Encore_ (address if first defendant)
and is employed as _Account Executive / Production_ This defendant is sued in his/her
   (defendant's position and title, if any)
__X__ individual __X__ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

4) Defendant _Carolyn Goodall_____ resides at _5150 S. Decatur LV NV 89118_,
   (full name of first defendant) (address if first defendant)
and is employed as _Director of H.R. Encore Production_. This defendant is sued in his/her
   (defendant's position and title, if any)
__X__ individual __X__ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

5) Defendant _Shari Iwaki_____ resides at _5150 S Decatur Las Vegas NV 89118_
   (full name of first defendant) (address if first defendant)
and is employed as _H.R. Generalist / Encore Productions_ This defendant is sued in his/her
   (defendant's position and title, if any)
__X__ individual __X__ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

5

**Make a copy of this page to provide the below**
**information if you are naming more than five (5) defendants**

2) Defendant _Gary W. Loveman_ resides at _One Caesar's Palace Dr. 89109 LV NV_
     (full name of first defendant)          (address if first defendant)
and is employed as _President, Director / Desert Palace Inc._ . This defendant is sued in his/her
     (defendant's position and title, if any)
___X___ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: ___"___                              _"_

---

P) Defendant _Stephan H Brammel_ resides at _One Caesar's Palace Dr. 89109 LV, NV_
     (full name of first defendant)          (address if first defendant)
and is employed as _Secretary / Desert Palace Inc_. This defendant is sued in his/her
     (defendant's position and title, if any)
___X___ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: ___"___                              _"_

---

4) Defendant _Albina Lovasz_ resides at _One Harrah's Court / LN 89119 Las Vegas_
     (full name of first defendant)          (address if first defendant)
and is employed as _Labor & Employment Spec / Harrah's Ent. Inc_. This defendant is sued in his/her
     (defendant's position and title, if any)
___✓___ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: ___"___                              _"_

---

5) Defendant _Judith Schaffer_ resides at _One Harrah's Court NV 89119 Las Vegas_
     (full name of first defendant)          (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
     (defendant's position and title, if any)
___✓___ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: ___"___                              _"_

2

6) Defendant _____ resides at _____.
　　　　　　　(full name of first defendant)　　　　　　　　　　(address if first defendant)
　and is employed as _____. This defendant is sued in his/her
　　　　　　　　　　(defendnt's position nd title, if ny)
　___ individual ____ official capacity. (Check one or both). Explain how this defendant was
acting

　under color of law: _____

_____

7) Jurisdiction is invoked pursuant to 28 r .p.C. § 1P4P (a)(P) and 42 r .p.C. § 198P. ff you wish
to assert jurisdiction under different or additional statutes, list them below.

Nev. Rdes. Civil Procedures §Rule 6 (b)(2); see "Exibit "A" "

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)　　Briefly state the background of your case.

The United States Supreme Court has dealt with this Racial and discriminatory type "evil eye" intrusion in, Yick Wo v. Hopkins (1886) 6 S. Ct. 1064, 1073) Though the Law Be fair on it's face and impartial in it's Appearance, yet it is applied and Administered by public authority with an "evil eye" And unequal hand, so as practically to make unjust and illegal discriminations between persons in similar circumstances, materiel to their rights, the denial of equal justice is still withino the prohibitions of the constitution; In an untimely responce in re: U.S.E.O.C. Change # 480-2006-0 3509; on 11-8-2006 The Commission requested a position statement with a due date of 12-8-2006, ON 3-30-07 comes

- - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

P

**COUNT I**

The following civil rights has been violated: Fourth, Eighth, And Fourteenth U.S. Amendment to the Constitution

pupporting Facts: [fnclude all fact you consider important. ptate the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

On 2·4·06 @ 1900 hrs Ceasar's security officer Richard Dickman did use Racism when he allowed my Caucasian co-workers to pass directly by him and detain myself (black male) for questioning as to why I was dining at Cleo's Cafe. He did not act as if he believed my assertion that I was working for Encore Productions at Ceasar's Palace. So he stated and commenced to escort me back to my work site. I told him his actions were clearly racist then he demanded that I come to security office. But based upon "Dickman's" report, he asserts Encore employees have no priviledge at Cleo's but failed to stop my white co-workers. (Robert Waloff & Lee Calcatora I.A. co-workers) When I got to the security office Frye told me to go sit in a seperate room, which only contained a black bench with handcuffs attatched to the seat. Nothing was actually done to effectuate my release until the "Black" Lt. Hamilton arrived. After my release I sat and called my union hall Locll 720. Then I returned to my station. My Encore Supervisor seemingly could care less.

4

## COUNT II

The following civil rights has been violated: Eighth and Fourteenth Amendments to the U.S. Constitution Also First Amendment.

pupporting Facts: [fnclude all fact you consider important. ptate the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Subsiquent to my initial complaint against Ceasar's Encore Supervisors began showing me open hostility. I personally made a verbal complaint to Sid Pike about his own Abusive tones towards me in exercising his supervisor capacity over me. While Encore Productions used hostile measures to discontinue my employment, on 2-10-06 while being dispatched as an AV Tech to Mandalay Bay Encore allowed an out of town client's rudeness and overbearing attitude towards the plaintiff instead of informing the truth of the matter, that the projector was substandard for first letter of No re-hire. And on 2-23-06 an Encore supervisor was very rude and hostile towards me in his assertion to tell me his anallasy of my work duty, Not even considering my fist was either complete or did I need some supervisory assistance, So I did respond to him in the manir in which he spoke to me. At this point his name is John Doe. I was a supervisor I never seen in plain cloathes so I thought he was a client. See: Exibit D

5

## COUNT III

The following civil rights has been violated: First, Fourth, Eighth, and Fourteenth Amendments of the U.S. Constitution

pupporting Facts: [fnclude all fact you consider important. ptate the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Paul Ades clearly states in position statement p. 2 §II Encore employees are permitted (meal, so if Dunigan abused the priviledge, didn't the other three Encore employee's who were not detained? Also misconstrues fact regarding Dunigan requesting to see Dickman's supervisor, while on page 3 §III Ades perjurs himself with regard to Dunigan's never being employed by the company. Attached to exibit "   " is an earnings report proving Dunigan has been employed by the company prior to the writing of Ades position statement. So if Dunigan's race wasn't a factor and Dickman would have treated anybody the same way, why didn't he detain the other gentlemen who were at the table with Dunigan. All of us were wearing our Local 720 union badges in clear sight. Not like the claim that I had no visible I.D. Clearly these Hanrah's misconstrued facts are perjurious and totally supportive of Dickman's racism.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)   e ave you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action?   X Yes ____ 1 o.  .f your Dnswer is "Yes", desFriEe eDFh lawsuit. (ff more than one, describe the others on an additional page following the below

6

outline).

a)   Defendants: _Yolo County & California Dept. of Corrections_

b)   Name of court and docket number: _U.S. Court Eastern Dist. Calif/05-CV-105-4 DFL_

c)   Disposition (for example, was the case dismissed , appealed or is it still pending?): _Gen. PS_

d)   fssues raised: _Religious persecution, Racial discrimination,_
_slander, sexual harrassment, unlawful imprisonment._

e)   Approximate date it was filed: _MAY 27, 2005_

f)   Approximate date of disposition: _Nov. 22 2005_

2)   e ave you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** _X_ Yes ____ 1 o. ,f your Dnswer is "Yes", desFribe each lawsuit. (ff you had more than three actions dismissed based on the above reasons. describe the others on an additional page following the below outline.)

i awsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)   Defendants: _Yolo County, California Dept. of Corrections_

b)   Name of court and case number: _U.S. Court Eastern Dist. California/05-CV-105-4 DFL_

c)   The case was dismissed because it was found to be (check one): ____ frivolous _Gen. P.S._
____ malicious or _X_ failed to state a claim upon which relief could be granted.

d)   fssues raised: _Same As Above_

e)   Approximate date it was filed: _May 27, 2005_

f)   Approximate date of disposition: _Nov. 22, 2005_

i awsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)   Defendants: _____.

b)   Name of court and case number: _____.

7

1(

c) The case was dismissed because it was found to be (check one): _____ frivolous
\_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d) fssues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

i awsuit #P dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): _____ frivolous
\_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d) fssues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

P) e ave you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ✗ Yes \_\_\_ 1 o. ,f your Dnswer is "1 o", did you not attempt administrative relief because the dispute involved the validity of a: (1) \_\_\_ disciplinary hearing: (2) \_\_\_ state or federal court decision; (P) \_\_\_ state or federal law or regulation; (4) \_\_\_ parole board decision; or (5) \_\_\_ other _____.
,f your Dnswer is "Yes", proYide the followinJ inforP Dion. d rievance Number 980-2006-03579
Date and institution where grievance was filed July 16, 2006 _____.

o esponse to grievance: After internal investigation the
Federal "E.E.O.C. has granted me the right
to suit.

8

12

## E. REQUEST FOR RELIEF

f believe that f am entitled to the following relief:

For obstructing the Growth of my corporation I seek compensatory Damages from Encore Productions Inc. $(5) Five Million; From Desert Palace Inc. #(5) Five Million; From Hannah's Ent. Inc #(5) Five Million. Punative Damages (15) Fifteen Million Equally Assessed

My corporation is "World wyde Motivator & Ent. Inc A Delaware Corporation & Subsidiaries

f understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** pee 28 r .p.C. § 1746 and 18 r .p.C. § 1621.

_Kevin W. Dunigan_
(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

(pignature of Plaintiff)

_9·21-07_
(Date)

(Additional space if needed; identify what is being continued)
3. Nature of the case, Declaration in support of time enlarge-
ment with Exibits "A" thru " "

9

13

B. NATURE of CASE Continued

the untimely responce to the commission's request, contained in the position statement is a "security statement" by Dickman, Dickman perjurs himself when he states I asked to see his supervisor. In section II of "position statement labeled "Kevin Dunigan" Paul Ades admitts "Encore Productions" employees are permitted to recieve (1) one meal, Ades also admitts that Dickman had knowledge of (3) three other Encore employees eating with Plaintiff so clearly Dickman had singled out the plaintiff from the other Encore Employees. SEE: Yick Wo v. Hopkins supra! while the reason of Dickman's detaining the Plaintiff is unlawful. If the Plaintiff had "remained around the drink station" just as Dickman asserts this is not an "Articulable Suspision" to just ify the detention. The Supreme court has dealt with this position also in. (SEE: Reid v. Georgia (1980) 100 S.Ct. 2752! "Fourth and Fourteenth Amendments' prohibition of searches and seizures that are not supported by some objective justification govern all seizures of the person and, while in some circumstances a person may be detained briefly, without probable cause to arrest him, any curtailment of persons liberty by police must be supported by at least by reasonable or articulable suspicion that person seized is engaged in criminal activity. Also see Florida v. Royers (1983) 460 US 491, 103 S.Ct. 1319 ] while Paul Ades further perjurs himself about Dunigan ever being employed by Ceasar's SEE: Exibit "C".

While subsiquent measure ware taken at Encore Productions which clearly seem to be reprisals for plaintiff to lodge a complaint with Ceasars' based upon my Encore employement status. Encore's Administrative staff that supervises I.A. employees that works closely with corporate out of town client and local, show clearly both clients and Encore staff

14

began to show open hostility toward the plaintiff in just their supervisor capacity over the plaintiff on numerous situations, cleary this is the "evil eye" of of (Yick Wo v. Hopkins (1886) supra) also see exibit "D". The continuing of the "evil eye" of Yick Wo v. Hopkins (1886) supra leave room to Amend this complaint. As for now the issues presented Are with the show of current Exibits. These facts give leave to the plaintiff that Encore Productions Conspired supsiquently with Ceasars' to find grounds to terminate Plaintiff's employment with Encore Productions. The U.S. Supreme court has Also dealt with this type of vindictiveness in Blackledge v. Perry (1974) 417 U.S. 21, 28, 40 L. Ed. 2d 628, 94 S. Ct. 2098, the court dealt with whether the defendant must demonstrate bad Faith on behalf of the prosecutor.

"However, not was not grounded upon the proposition that actual retalitory motivation must inevitably exist. Rather, we emphasize that since fear of some vindictiveness may unconstitutionally deter a defendant's exercise of the right to appeal or collaterally attack his first conviction, due process also requires that a defendant be freed of such a retalitory motivation on the part of the senbencing 'judge'."

Therefore the onset of this complaint is stemming from 'Desert Palace Inc. using it's security officers who are "Acting under "Color of Law," to pursue discriminating Actions.

Exibit "A"

EEOC Form 161 (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Kevin Dunigan<br>3200 S. Arville, #132<br>Las Vegas, NV 89102 | From: | Las Vegas Local Office<br>333 Las Vegas Blvd South<br>Suite-8112<br>Las Vegas, NV 89101 |
|---|---|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2006-03509 | Eranio F. Dolores,<br>Investigator | (702) 388-5052 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

**Lucy V. Orta,**
**Director**

**MAY 29 2007**

(Date Mailed)

cc:   Albina Lovasz
      Harrah's Entertainment
      One Harrah's Court
      Las Vegas, NV 89119

17

DECLARATION OF KEVIN DUNIGAN IN PRO PER SPECIALIST "

New. Rules of Federal Civil Procedures: Rule 6 TIME(6)(2)

I, KEVIN DUNIGAN do DECLARE:

That I am the IN Pro PER Specialist within this cause of action.

At this time requesting through declaration, detailed within the complaint, with attached exibits in support there of excusable neglect, for Time ENlAEGEMENT. New. Rules of Fed Civ. Pro. Rule 6 (b)(2).

1. ON MAY 29, 2007 the EEOC Issued to the plaintiff A "Notice of Right Suit Rights.

Within Title VII, The Americans with Dup. Act giving the plaintiff 90 days to file Any cause of action in U.S. Federal Court.

2. ON July 7, 2, 007 plaintiff suffered an unlawful Arrest but was unable to post bail until Sept. 6, 2,007.

3. Plaintiff now request the (52) Fifty two days lost by the unexpected delay, commencing from the day bond posted.

Executed this 20th Day of Sept. 2007 in the State of Nevada under penalty of perjury.

KEVIN DUNIGAN
IN Pro PER Specialist
18

# ARREST REPORT

SACRAMENTO COUNTY JAIL

CUSTODY  ☐ CLEAR-UP

**1 ARRESTING AGENCY**
☐ SSD   ☐ CHP   ☒ SPL   ☐ OTHER:

**ARREST REPORT NO.**
07-231760

| 11 1ST CHARGE | SOURCE | TYPE CHARGE | ADDITIONAL BOOKING |
|---|---|---|---|

11 1ST CHARGE: 11377(A)   SOURCE: HS

**TYPE CHARGE** ☒ FEL ☐ MISD   **CLASS CODE**

☐ JUVENILE   ☒ ADULT

ADDITIONAL BOOKING SUJECT IN CUSTODY ☐
BOOKLESS BOOKING ☐

**ARRESTING AGENCY F/P NO.** 592955

13 CRIME DEFINITION: POSSESSION OF AMPHETAMINES

**CII NUMBER** A07069735 V23502X8

**14 WARRANT BOOKING**   WARRANT NO.
1 ARRESTING AGENCY-BENCH
2 ARRESTING AGENCY 40508 VC:
3 ARRESTING AGENCY-PARKING   ORIGINAL CITATION CHARGES
4 ARRESTING AGENCY-ALL OTHER
5 OUTSIDE AGENCY WARRANT:   7800

**REGISTRATION NUMBER** 9193818   **FBI NUMBER**
**BAIL**   **COURT**

**16 OTHER BOOKING**   ENROUTE (NO WARRANT)
6 ARRESTING AGENCY A B
7 FEDERAL ARREST   8 TO

**LOCATION OF CRIME** 715 L ST
**SPD CRIME REPORT NO.** 07-231760
**VICTIM/COMPLAINANT'S NAME** STATE OF CA
**DATE/TIME OF CRIME** 7/7/07 2215
**VICTIM/COMPLAINANT'S ADDRESS**
CITY   STATE
**SEX  RACE  AGE**
**HOME PHONE**

**2ND CHARGE**   SOURCE   **TYPE CHARGE** ☐ FEL ☐ MISD   **CLASS CODE**

**CRIME DEFINITION**

**WARRANT BOOKING**   WARRANT NO.
1 ARRESTING OFFICER-AGENCY
2 ARRESTING AGENCY 40508 VC:
3 ARRESTING AGENCY-PARKING   ORIGINAL CITATION CHARGES
4 ARRESTING AGENCY-ALL OTHER
5 OUTSIDE AGENCY WARRANT:   NAME OF AGENCY

**LOCATION OF ARREST (INCLUDING CROSS-STREETS)** 7TH ST / L ST
**LOCATION CODE**
**DATE ARRESTED** 7/7/07   **TIME** 2015   **DAY** SA

**OTHER BOOKING**   ENROUTE (NO WARRANT)
6 ARRESTING AGENCY A B
7 FEDERAL ARREST   8 TO

**ARRESTED BY** ☒ OFFICER ☐ PRIVATE PERSON
**DATE BOOKED** 7-7-07   **TIME** 0315 **DAY** SA

**22 WARRANT CHECK RUN** ☒ SSD ☒ SPD ☐ CLETS   **IS ARRESTEE PAROLEE?** ☒ NO ☐ YES: ☐ CAA ☐ CYA

**ACCOMPLICES**

**ARRESTEE/SUSPECT NAME (LAST FIRST MIDDLE)** DUNIGAN KEVIN WAYNE
**NICKNAME**   **ALIAS (LAST FIRST MIDDLE)**

**ARRESTEE/SUSPECT ADDRESS (NUMBER-STREET)** 8481 HERMITAGE WY   **CITY** SA   **STATE** CA   **ZIP CODE** 95823   **HOME PHONE**

**SEX** M   **RACE** B   **LICENSE NO.** 7 112 63   **DATE OF BIRTH**   **PLACE OF BIRTH** LA, CA.   **HEIGHT** 5-10   **WEIGHT** 150   **HAIR** BRN   **EYES** BRN   **MARKS, SCARS, ETC.**

**DRIVER'S LICENSE NO.** D1426619   **STATE** CA   **SOCIAL SECURITY NO.** 568 61 7791   **OCCUPATION - NAME OF EMPLOYER**   **BUSINESS PHONE**

**ARREST RESULTING FROM TRAFFIC ACCIDENT** ☐ YES ☒ NO
**ARRESTEE SOBRIETY** ☒ SOBER ☐ DRINKING ☐ UNDER INFLUENCE ☐ DRUNK ☐ NARCOTIC
**NAME OF PARENT/GUARDIAN**
**ADDRESS**   **PHONE**

**SOBRIETY TEST** ☐ NO ☐ REFUSED
**SOBRIETY TEST GIVEN** ☐ BLOOD ☐ URINE ☐ BREATH
**NOTIFIED** ☐ YES ☐ NO   **HOW NOTIFIED?**   **BY WHOM?**
**SIGNATURE OF DEPUTY PROBATION OFFICER ACCEPTING CUSTODY** X

**CLEARANCE (SSD ONLY)**
ADULT
70 UNFOUNDED   10 ARREST   20 ADULT EXCEPTION
JUVENILE
30 NON-D-H/CITS IN CUSTODY   40 JUVI EXCEPTION   5 PROBATION   COUNSEL/RELEASE CANCEL BY PARENT
DATE CLEARED

**LICENSE NO.**   **STATE**   **MAKE**   **YEAR**
**VEHICLE**   **MODEL**   **BODY STYLE**   **COLOR**
**VEHICLE DISPOSITION** ☐ STORED ☐ IMPOUNDED   LOCATION:

**87 MISDEMEANOR ARRESTS: INDICATE REASON FOR NON-RELEASE BY CITATION PURSUANT TO 853.6 (I) P.C.**
1 INTOXICATION-DANGER TO SELF OR OTHERS
2 MEDICAL AID-UNABLE TO CARE FOR OWN SAFETY
3 ARREST FOR ONE OR MORE CRIMES UNDER 40302 VC
4 OUTSTANDING WARRANT(S)
5 UNSATISFACTORY IDENTIFICATION
6 RELEASE WOULD JEOPARDIZE PROSECUTION
7 LIKELIHOOD CRIME WILL CONTINUE OR SAFETY OF PERSONS OR PROPERTY WOULD BE ENDANGERED
8 DEMANDS TO SEE MAGISTRATE OR REFUSES TO SIGN CITATION
9 OTHER REASON(S) X-643379

**88 SYNOPSIS OF CORPUS DELICTI FOR ADULT ARREST (FULL DETAILS REQUIRED FOR ADULT WITH NO CRIME REPORT OR JUVENILE CUSTODY) ALSO INCLUDE ALL ADDITIONAL CHARGES FOR WARRANT SERVED OR HELD IN ABEYANCE. LIST NUMBER, COURT CHARGE, DATE ISSUED, JUDGE AND AMOUNT OF BAIL**

SEE P.L.

600)

**REPORTING OFFICER** KNUTELA   **BADGE** 491   **DIV** 07   **ASSISTING OFFICER**   **BADGE**   **DIV**

7400 FORM 011 (5/94)
SSD ADULT 1-RECORDS   2-D A DETAIL/OTHER AGENCY   3-I D SECTION
JUVENILE 1-RECORDS   2-YOUTH DIV   3-PROBATION
SPD ADULT 1-COUNTY JAIL   2-PUBLIC COUNTER   3-OFFICER COPY
JUVENILE 1-IDENTIFICATION   2-JUVENILE HALL   3-OFFICER COPY
PAGE 1 OF



**The North River Insurance Company**
10777 Westheimer Road, Suite 500 (77042)
P.O. Box 2807 • Houston, Texas 77252-2807
(713) 954-8100 • (713) 954-8389 FAX

ALEX PADILLA BAIL BONDS
P.O. Box 2016
Sacramento, CA 1 119
(916) 456-9400
Insurance Bail License: 1783425

**(PLACE BAIL AGENT'S ADDRESS STAMP HERE)**

## BAIL BOND

No. _T25- 50042274_
(POWER OF ATTORNEY WITH THIS NUMBER MUST BE ATTACHED)

IN THE _Superior_ COURT OF THE _Sacramento_ JUDICIAL DISTRICT

COUNTY OF _Sacramento_ , STATE OF CALIFORNIA

THE PEOPLE OF THE STATE OF CALIFORNIA,

CASE NO. _07F06642_

Plaintiff,

vs.

DIV. NO. _04_

Defendant _Dunigan, Kevin Wayne_
(NAME OF DEFENDANT)

_Dunigan, Kevin Wayne_
Defendant

_09193818-04_
(BOOKING NO.)

having been admitted to bail in the sum of _Twenty Three Thousand_

Dollars ($ _23,000_ ) and ordered to appear in the above-entitled court on

_09-12-2007_ _1:30PM_ , on _4S 11378_ charge/s;
MONTH DAY YEAR TIME (STATE "MISDEMEANOR: OR "FELONY")

Now, THE NORTH RIVER INSURANCE COMPANY, a New Jersey Corporation, hereby undertakes that the above named defendant will appear in the above-named court on the date above set forth to answer any charge in any accusatory pleading based upon the acts supporting the complaint filed against him/her and as duly authorized amendments thereof, in whatever court may be filed and prosecuted, and will at all times hold him/herself amenable to the orders and process of the court and if convicted, will appear for pronouncement of judgment or grant of porbation, or if he/she fails to perform either of these conditions, that THE NORTH RIVER INSURANCE COMPANY, a New Jersey Corporation, will pay to the People of the State of California the sum of _Twenty Three Thousand_ Dollars ($ _23,000_ )

subject to applicable legal provisions.

If the forfeiture of this bond is ordered by the Court, judgment may be summarily made and entered forthwith against the said THE NORTH RIVER INSURANCE COMPANY, a New Jersey Corporation, for the amount of its undertaking herein as provided by Sections 1305 and 1306 of the Penal Code.

**THIS BOND IS VOID IF WRITTEN FOR AN AMOUNT GREATER THAN THE POWER OF ATTORNEY ATTACHED HERETO, IF MORE THAN ONE SUCH POWER IS ATTACHED OR IF WRITTEN AFTER THE EXPIRATION DATE SPECIFIED ON THE ATTACHED POWER OF ATTORNEY.**

THE NORTH RIVER INSURANCE COMPANY
(A New Jersey Corporation)

By _____
Richard J. Klimaszewski – Vice President

I certify under penalty of perjury that I am a licensed bail agent of THE NORTH RIVER INSURANCE COMPANY and that I am executing this bond on _____

_9-6-2007_
(DATE)

at _Sacramento_
(LOCATION)

_____
(SIGNATURE OF LICENSED AGENT)

THE PREMIUM CHARGED FOR
THIS BOND PER ANNUM IS: $ _2300_

Approved this _6_ day of _Sept._ _2007_

_____ _675_ Title

**NOTE: This is an Appearance Bond and cannot be construed as a guarantee for failure to provide payments, back alimony payments, FINES, or Wage Law claims, nor can it be as a Bond on Appeal.**

S-0019NR (1/06)

20

**PREMIUM**

**ALEX PADILLA BAIL BONDS**
816 H St. SUITE #104
SACRAMENTO, CALIFORNIA 95814
PHONE: (916) 558-6900

38542

DATE 9-5-2007

Received from Mary Dunigan

In re: _____

Two Thousand _____ Dollars $ 2000—

AMOUNT OF ACC'T   $ 2300—
AMOUNT PAID       $ 2000—
BALANCE DUE       $ 300—
CASH (X)   CHECK ( )   OTHER

THANK YOU!

ALEX PADILLA BAIL BONDS

By _____

21

Exibit "B"

Generalization



## LAW DEPARTMENT
### One Harrah's Court
### Las Vegas, Nevada 89119
### TELECOPY NUMBER: (702) 407-6284

## TRANSMITTAL SHEET

**TO:**     **Ms. Lucy Orta**        **FACSIMILE NO: 388-5094**
           **EEOC**

**DATE:**    **December 18, 2006**

**FROM:**   **Albina Lovasz, Labor & Employment Specialist**

**PHONE:**   **(702) 407-6254**

**NUMBER OF PAGES:**  __2__  (including cover sheet)

**RE:**     *Kevin Dunigan v. Desert Palace, Inc., d/b/a Caesars Palace*
       *(incorrectly referred to as Caesars Palace Hotel)*
       **EEOC Charge No. 480-2006-003509**

If transmission is faulty, please contact Carol at (702) 407-6283

**MESSAGE:**

     **Please see attached. Thank you.**

**ORIGINAL WILL FOLLOW: __X__**       **ORIGINAL WILL NOT FOLLOW:_____**

*The information contained in this facsimile message is intended only for the use of the individual or entity to whom it is sent. If the recipient of this transmittal is not the intended recipient, or an employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service.*



December 18, 2006

★
Law Department

★

HARRAH'S
ENTERTAINMENT,
INC.

Ms. Lucy Orta                          **VIA FACSIMILE: 388-5094**
Director, EEOC
Las Vegas Local Office -- 487
333 Las Vegas Boulevard South
Suite 8112
Las Vegas, NV 89101

One

Harrah's

Court

Las Vegas

Nevada

89119-4312

Re:   *Kevin Dunigan v. Desert Palace, Inc., d/b/a Caesars Palace
      (incorrectly referred to as Caesars Palace Hotel)*
      EEOC Charge No. 480-2006-003509

Dear Ms. Orta:

      This will confirm my telephone conversation with Daniel Garcia today wherein he kindly granted a one-week extension for the Employer to submit its Position Statement to the above Charge.   The new due date for our response is December 26, 2006.

      Thank you for your professional courtesy in this matter.

      Sincerely,

Albina Lovasz
Labor & Employment Specialist



RECEIVED

18

EEOC
Las Vegas Local office

★  harrahs.com

24

Case 2:07-cv-01398-PMP-RJJ    Document 1-2    Filed 10/17/07    Page 25 of 40

From:    Origin ID: LASA   (702)880-6851
Judith Schaffer
Harrah's
One Harrah's Court

Las Vegas, NV 89119

**FedEx.**
Express

**E**

CL9402307/2V25

Ship Date: 30MAR07
ActWgt: 1 LB
System#: 2855398/INET2600
Account#: S *********

Delivery Address Bar Code

SHIP TO:   (702)388-5054          BILL SENDER

**Ms Lucy Orta**
**Equal Employment Opportunity Comm**
**333 Las Vegas Blvd So**
**Suite 8112**
**Las Vegas, NV 89101**

Ref #    N60, N30
Invoice #
PO #
Dept #

**RECEIVED**

APR - 2

**PRIORITY OVERNIGHT**        EEOC
                              Las Vegas Local office

**MON**

Deliver By:
02APR07

TRK#   **7907 0617 6550**   FORM
                            0201

**LAS**

A1

**89101**   -NV-US

**96 GABA**

---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

2. Fold the printed page along the horizontal line.

3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

25

EEOC Form 212-A (3/98)

## U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| TO: | **Nevada Equal Rights Commission**<br>**1515 E. Tropicana Ave**<br>**Suite-590**<br>**Las Vegas, NV 89119** |

Date **November 14, 2006**

EEOC Charge No.
**480-2006-03509**

FEPA Charge No.

CHARGE TRANSMITTAL

SUBJECT:

| **Kevin  Dunigan** | v. | **CAESARS PALACE HOTEL** |
|---|---|---|
| *Charging Party* | | *Respondent* |

Transmitted herewith is a charge of employment discrimination initially received by the:

☒ EEOC          ☐ _____  on   **Nov 08, 2006**

*Name of FEPA*                              *Date of Receipt*

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

☐ EEOC requests a waiver                    ☐ FEPA waives

☐ No waiver requested                         ☐ FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge
and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

| Typed Name of EEOC or FEPA Official<br>**Rosa M. Viramontes** | Signature/Initials<br>*Daniel ___* |
|---|---|

| **Kevin  Dunigan** | v. | **CAESARS PALACE HOTEL** |
|---|---|---|
| *Charging Party* | | *Respondent* |

TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☒ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicated this Agency's intention to dismiss/close/not docket the charge for the following reasons:

*Deborah E. Madison*                         NOV 17 2006

| Typed Name of EEOC or FEPA Official<br>**Olophius E. Perry** | Signature/Initials |
|---|---|

| | |
|---|---|
| TO: | **Las Vegas Local Office - 487**<br>**333 Las Vegas Blvd South**<br>**Suite-8112**<br>**Las Vegas, NV 89101** |

Date    **November 14, 2006**

EEOC Charge No.
**480-2006-03509**

FEPA Charge No.

26

Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | **480-2006-03509** |

| Nevada Equal Rights Commission | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Kevin Dunigan** | **(702) 307-3803** | **07-12-1963** |

| Street Address | City, State and ZIP Code |
|---|---|
| **3200 S. Arville, #132, Las Vegas, NV 89102** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **CAESARS PALACE HOTEL** | **500 or More** | **(702) 731-7110** |

| Street Address | City, State and ZIP Code |
|---|---|
| **3570 Las Vegas Blvd. South,  Las Vegas, NV 89109** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

**DATE(S) DISCRIMINATION TOOK PLACE**

| Earliest | Latest |
|---|---|
| **02-04-2006** | **02-04-2006** |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. I had been employed by Encore Productions since November 2002. I was dispatched through I.A.T.S.E. Local 720 to work on Respondent's pavillion for a super bowl party. On February 4, 2006 I took my meal break with other three AV Technicians. I was accosted and I was questioned by Respondent's security officer while the two White co-workers were allowed to return to work. I showed the officers my local 720 badge that I was wearing at that time and told them I was working for Encore productions. I was held for about 30 minutes even after I followed the directives of the security officers who verified the information and eventually released me to return to work. I reported the incident to dispatch of I.A.T.S.E. Local 720.

II. I was not given a reason by Respondent why I was held and detained for 30 minutes by the security officers.

III. I believe that I was held and detained because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED
NOV 8 2006
EEOC
Las Vegas Local Office

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT |
| 11-8-06 _____
Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 212-A (3/98)

## U.S. Equal Employment Opportunity Commission

| TO: | **Nevada Equal Rights Commission**<br>**1515 E. Tropicana Ave**<br>**Suite-590**<br>**Las Vegas, NV 89119** | Date    **November 14, 2006**<br>EEOC Charge No.<br>    **480-2006-03509**<br>FEPA Charge No. |

CHARGE TRANSMITTAL

SUBJECT:

| **Kevin Dunigan** | v. | **CAESARS PALACE HOTEL** |
|---|---|---|
| *Charging Party* | | *Respondent* |

Transmitted herewith is a charge of employment discrimination initially received by the:

☒ EEOC    ☐ _____ on **Nov 08, 2006**

*Name of FEPA*        *Date of Receipt*

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

     ☐ EEOC requests a waiver      ☐ FEPA waives

     ☐ No waiver requested      ☐ FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

| Typed Name of EEOC or FEPA Official<br>**Rosa M. Viramontes** | Signature/Initials    *[signature]* for |

| **Kevin Dunigan** | v. | **CAESARS PALACE HOTEL** |
|---|---|---|
| *Charging Party* | | *Respondent* |

TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicated this Agency's intention to dismiss/close/not docket the charge for the following reasons:

| Typed Name of EEOC or FEPA Official<br>**Olophius E. Perry** | Signature/Initials |

| TO: | **Las Vegas Local Office - 487**<br>**333 Las Vegas Blvd South**<br>**Suite-8112**<br>**Las Vegas, NV 89101** | Date    **November 14, 2006**<br>EEOC Charge No.<br>    **480-2006-03509**<br>FEPA Charge No. |

EEOC FORM 131 (5/01)

# U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| **CAESARS PALACE HOTEL**<br>3570 Las Vegas Blvd. South<br>Las Vegas, NV 89109 | **Kevin  Dunigan** |

| THIS PERSON *(check one or both)* |
|---|
| [X] Claims To Be Aggrieved |
| [ ] Is Filing on Behalf of Other(s) |

| EEOC CHARGE NO. |
|---|
| **480-2006-03509** |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act  [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act  [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **15-DEC-06**  a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by  to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by  **30-NOV-06**
to  **Cherry D. Rojas, ADR Coordinator, at  (213) 894-1030**
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| **Rosa M. Viramontes,**<br>**Local Office Director**<br>*EEOC Representative* | **Las Vegas Local Office - 487**<br>**333 Las Vegas Blvd South**<br>**Suite-8112**<br>**Las Vegas, NV 89101** |
|---|---|
| Telephone  **(702) 388-5099** | |

Enclosure(s): [X] Copy of Charge

| CIRCUMSTANCES OF ALLEGED DISCRIMINATION |
|---|
| [X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] AGE  [ ] DISABILITY  [ ] RETALIATION  [ ] OTHER |

## See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| November  14, 2006 | **Rosa M. Viramontes,**<br>**Director** | *David Sarvas* |

# EXHIBIT 1

# Caesars Palace Security
### 3570 LAS VEGAS BLVD., S. LAS VEGAS, NV 89109
### (702) 731-7110
## CR-1

| Arrest ☐ | CASE# |
|---|---|
| Crime ☐ | 0602C-1294 |
| Non-Criminal ☒ | PAGE 1 |

**OFFENSE(S)**
Misc Incident Miscellaneous Incident

**OFFENSE(S) cont'd.**

| DATE, TIME AND DAY OF OCCURENCE | DATE AND TIME REPORTED | MORE CHARGES | ESTIMATED LOSS VALUE |
|---|---|---|---|
| 02/04/06 19:20 Saturday | 02/04/06 19:20 | YES ___ NO ☒ | |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| Cleo's Cafe | | | | |

## PERSONS
### Codes: V = Victim  W = Witness  C = Complainant  P = Parent  G = Guardian  R = Party  O = Other

MORE NAMES: YES ☐  NO ☒

| CODE | NAME - LAST, FIRST, MIDDLE, SUFFIX | BUSINESS | PHONE 1 |
|---|---|---|---|
| R  1 OF 1 | Dunigan, Kevin | Encore Productions , , | |

| OCCUPATION | RACE B | SEX M | AGE 42 | DOB 07/12/1963 | ADDRESS 2 | PHONE 2 |
|---|---|---|---|---|---|---|
| DL | STATE | SS# | | INJURIES | ADDRESS 3 | PHONE 3 |

| CODE | OF | NAME - LAST, FIRST, MIDDLE, SUFFIX | ADDRESS 1 | PHONE 1 |
|---|---|---|---|---|
| OCCUPATION | | RACE SEX AGE DOB | ADDRESS 2 | PHONE 2 |
| DL | STATE SS# | INJURIES | ADDRESS 3 | PHONE 3 |

| CODE | OF | NAME - LAST, FIRST, MIDDLE, SUFFIX | ADDRESS 1 | PHONE 1 |
|---|---|---|---|---|
| OCCUPATION | | RACE SEX AGE DOB | ADDRESS 2 | PHONE 2 |
| DL | STATE SS# | INJURIES | ADDRESS 3 | PHONE 3 |

## CASE SUMMARY / VEHICLE INFORMATION

**SUMMARY**
Kevin Dunigan (Local #720) was observed in Cleo's Cafe and it was thought that he was not authorized to eat there. Dunigan became argumentative and was escorted to the security office where Rich Karll (Mgr, Tech Svcs) contacted and verified his employment

| VEHICLE USED IN CRIME | LICENSE (NO. AND STATE) | YEAR | MAKE | MODEL | BODY TYPE | COLOR | VIN | MORE VEHICLES |
|---|---|---|---|---|---|---|---|---|
| YES ___ NO ___ UNK ___ OF | | | | | | | | YES ___ NO ☒ |
| TOW REPORT | GARAGE NAME AND PHONE | | REGISTERED OWNER | | R/O ADDRESS | | | |
| YES ☒ NO ___ | | | | | | | | |

## SUSPECT(S) / ARRESTEE(S)
### Codes: S = Suspect  A = Arrestee  D = Detainee  SV = Suspect/Victim  AV = Arrestee/Victim  DV = Detainee/Victim

MORE NAMES: YES ☐  NO ☒

| CODE | OF | NAME - LAST, FIRST, MIDDLE, SUFFIX | ADDRESS 1 | PHONE 1 |
|---|---|---|---|---|
| RACE | SEX | HT | WT | HAIR EYE AGE DOB | ADDRESS 2 | PHONE 2 |
| OCCUPATION | | | INJURIES | ADDRESS 3 | PHONE 3 |
| SCARS / MARKS / TATTOOS  YES ___ NO ___ | AKA's | | ARRESTEE DISPOSITION | RELEASE LOCATION | ARREST DATE / TIME |
| DL | STATE | ARRESTED  YES ___ NO ___ | BOOKING # | WARRANT YES ___ NO ___ | CITATION # | SS# | CII# |
| CHARGES | | | | | |

| CODE | OF | NAME - LAST, FIRST, MIDDLE, SUFFIX | ADDRESS 1 | PHONE 1 |
|---|---|---|---|---|
| RACE | SEX | HT | WT | HAIR EYE AGE DOB | ADDRESS 2 | PHONE 2 |
| OCCUPATION | | | INJURIES | ADDRESS 3 | PHONE 3 |
| SCARS / MARKS / TATTOOS  YES ___ NO ___ | AKA's | | ARRESTEE DISPOSITION | RELEASE LOCATION | ARREST DATE / TIME |
| DL | STATE | ARRESTED  YES ___ NO ___ | BOOKING # | WARRANT YES ___ NO ___ | CITATION # | SS# | CII# |
| CHARGES | | | | | |

## ADMINISTRATION

| VICTIM DESIRES PROSECUTION  YES ___ NO ___ | FOLLOW-UP  YES ___ NO ___ | COPIES TO:  PAT ___  DET ___  DA ___  COURT ___  PROBATION ___  VWAP ___  OTHER ___ |
|---|---|---|

| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
|---|---|---|---|
| P. Frye  666494489 | 02/04/06 20:01 | Don Hamilton  994694083 | 02/05/06 |

| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS |
|---|---|---|---|
| | | | Closed |

CR-1 Frye/494489  Entered by: Pete Frye

APDC (Rev.03/06/2006)  Print

3(

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 480-2006-03509 |

| **Nevada Equal Rights Commission** | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Kevin Dunigan** | **(702) 307-3803** | **07-12-1963** |

| Street Address | City, State and ZIP Code |
|---|---|
| **3200 S. Arville, #132, Las Vegas, NV 89102** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **CAESARS PALACE HOTEL** | **500 or More** | **(702) 731-7110** |

| Street Address | City, State and ZIP Code |
|---|---|
| **3570 Las Vegas Blvd. South, Las Vegas, NV 89109** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **02-04-2006**   Latest **02-04-2006**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I had been employed by Encore Productions since November 2002. I was dispatched through I.A.T.S.E. Local 720 to work on Respondent's pavillion for a super bowl party. On February 4, 2006 I took my meal break with other three AV Technicians. I was accosted and I was questioned by Respondent's security officer while the two White co-workers were allowed to return to work. I showed the officers my local 720 badge that I was wearing at that time and told them I was working for Encore productions. I was held for about 30 minutes even after I followed the directives of the security officers who verified the information and eventually released me to return to work. I reported the incident to dispatch of I.A.T.S.E. Local 720.

II. I was not given a reason by Respondent why I was held and detained for 30 minutes by the security officers.

III. I believe that I was held and detained because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

**RECEIVED**

**NOV   8 2006**

EEOC
Las Vegas Local office

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 11-8-06 _____<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |



## CAESARS PALACE
### LAS VEGAS

ENTERED

# SECURITY STATEMENT

**EVENT #:** 0602C-1294  **DATE:** 2-4-06  **TIME:** 7:00 pm  **PAGE:** 1 OF 3

**TYPE OF INCIDENT:** Racial Harrassment/unlawful detention  **LOCATION OF INCIDENT:** Cleo's Cafe

**YOUR NAME (LAST/FIRST/MIDDLE):** Dunigan Kevin W  **DATE OF BIRTH:** 7-12-63  **SOCIAL SECURITY NUMBER:** xxx-xx-0491  **ASSOCIATE NUMBER:**

**ADDRESS (STREET/CITY/STATE/ZIP) IF A CAESARS ASSOCIATE, SUBSTITUTE DEPARTMENT NAME AND POSITION:** 5632 Champions Ave / Encore AV / -Local 720 STAGEHAND

**HOTEL ROOM NUMBER:** I.A.T.S.E  **CHECK OUT DATE:** N/A  **PHONE #1:** 702) 320-8077  **PHONE#2:** (702) 357-5899

**DETAILS** At 6:30 p.m. released the AV TECHS/VIDEO to 2nd lunch at Approximately 7pm Robert Weloff, Ron Terry and Calentarra, Lee along with myself (All the Techs who had dined together) Exited Cleo's Cafe. I was trailing the 4 four, After which time as we all returned our trays I watched security "Eye" us as we were leaving Security Richard (A caucasian) called for quick assistance who arrived, just as the third of the quad had exited leaving myself alone to the onslot of harrassment that incured by the CAUCASIAN officers, I was detained and questioned by Sec. Richard as to where I worked in the hotel; who do I work for ect, Even after I had shown

I HAVE READ THIS STATEMENT AND I AFFIRM TO THE TRUTH AND ACCURACY OF THE FACTS CONTAINED HEREIN. THIS STATEMENT WAS COMPLETED AT: Clark County NV ON THE 7th DATE OF February 2006 AT 1631 hrs

**SIGNATURE:**  **DATE:** 2-7-06

**WITNESSED BY:** Keith Barber  **DATE:** 2/7/06

CPLV 101 (REV 7/03)

Sec. Richard my clearly displayed union Membership badge (ie... I.A.T.S.E. Local 720) And informed him that I was working for Encore Productions. At which time security Richard completely rejected all I Affirmed as if it was false, At which time I even told him which I was involved in installing specific Event rooms. At which time Sec. Richard ordered the he follow me to these destinations, While in the parking lot in route to the event center, (ie...Pavilion) I told Sec. Richard his actions where Racially motivated. And at that time he demanded that I go to the security office. Upon arrival to the security office I was taked to what Appeared to be the general office, At which time An older gray haired caucasian officer Arrived. The other officer who Assisted Sec. Officer Richard in escourting me to the office, did disperse when the Sr Caucasian officer Arrived.

The Sr. Caucasian officer demanded that I enter Another room, (ie one with a black bench and hand-cuffs Attached to the seat). This action would Appear to be a complete Arrest. Eventually After containing and restraining my liberty for Approximately 30 min., and numerous calls made to various department by the Sr Caucasian even After I told him the Encore M2 office A V Dept As if to make this

2-of-3

ENTERED

situation bigger than it actually was. The bold CAUCASIAN security Officer Richard and the silver hair Sr Security officer, both of these officers refused to identify themselvse with me. With the Sr Cauc. Sec. Off refusing to give any information on himself and wearing no badge of I-dentification him thus his concealment overtly shows his actions where pedicated on prejodice, not withstanding the fact that Sec. Office Richard to identify himself any further than what was discloded on his badge while both of these men violataused my my privacy. They kept me 30 minutes off my job, called everybody they could think of that didn't have nothing to do with the sutcation even after I told them to call ENCORE A V Dept on M2. Not even to mention that my mind and body is still in shock from the Car Accident Not even a week and leaving the U C Davis Trauma Center. So I'm Not feeling NONE of this. A copy of this complaint will be forwarded to the Labor Commission

ENTERED

3-of-3

# EXHIBIT 2

14.     Termination For Breach; Remedies; Governing Law.

15.     Notice.

16.     Force Majeure.

tice

17.    Compliance Committee.

18.    No Partnership; Agency.

Neither party hereto is the partner, legal agent or representative of the other, and neither party shall hold itself out to others as such.  Neither party shall have or exercise any authority to act on behalf of or as an agent of the other party or any of its affiliates, and neither party shall take any action which might tend to create an apparent agency, joint venture or partnership relationship between the parties.

DESERT PALACE, INC., dba                       ENCORE PRODUCTIONS, INC.
CAESARS PALACE

By: _____                    By: _____

RECEIVED

AP⁻  ⁻

EEOC
Las Vegas Local office

ε

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Kevin Dunigan**
**3200 S. Arville, #132**
**Las Vegas, NV 89102**

From:  **Las Vegas Local Office**
**333 Las Vegas Blvd South**
**Suite-8112**
**Las Vegas, NV 89101**

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **480-2006-03509** | **Eranio F. Dolores,** Investigator | **(702) 388-5052** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [ ] | Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge. |
| [ ] | While reasonable efforts were made to locate you, we were not able to do so. |
| [ ] | You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged. |
| [X] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other *(briefly state)* |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

**Lucy V. Orta,**
**Director**

**MAY 29 2007**

*(Date Mailed)*

cc:  **Albina Lovasz**
**Harrah's Entertainment**
**One Harrah's Court**
**Las Vegas, NV 89119**

39

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Los Angeles District Office

### PRE-COMPLAINT QUESTIONNAIRE - EMPLOYMENT

*3700 S ___ #132*
*Anville*
*LV. 89103*

Please fill in the following information:

Your full name: **Kevin Wayne Dunigan**

Your address: **1157 Toni Ave #16**
City: **Las Vegas**  State: **NV**  Zipcode: **89119**

Your Email Address: **Topworlder@Hotmail.com**

Your Contact #'s: Home **(702)307-3803**  Work **(702)873-3450**  Cell **(702)739-4144**

Your Social Security Number: **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**  Your Date of Birth: **7-12-63**

Your race: **Black**  Your national origin: **USA**  Your sex: **Male**

Date of Hire or Date applied for position: **11-02**
Job Title and salary at time of discrimination: **AV Tech**  $ **27.39 hr**

I was discriminated against: ( Name of company, government entity (city, county, state), union, etc. :
Name: **Ceasar's Palace Casino** _____ Type of
company business (i.e. retail, grocery, manufacturing : **Hotel/Casino** Address where
you worked: **3570 Las Vegas Blvd South** _____ City/State:
**Las Vegas, Nevada** _____ Zip code:
**89109** _____ Phone Number:
**(702) 731-7110** _____ County where you were
employed: **Clark**
Name and title of your immediate supervisor: **on that day Steve from Encore.**
Approximate number of employees working for the whole company (**Circle One**):
1-14        15-100        101-200        201-500        (**More than 500**)