# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

KEVIN W. DUNIGAN,

    Plaintiff,

vs.

ENCORE PRODUCTIONS, INC., et al.,

    Defendants.

2:07–CV-01396-PMP-PAL

**ORDER**

The Court having read and considered the Report of Findings and Recommendation of the Honorable Magistrate Judge Peggy Leen (Doc. #2), entered December 4, 2007, and there being no timely objections thereto filed by Plaintiff Kevin Dunigan, and good cause appearing,

IT IS ORDERED that the Report of Findings and Recommendation of the Honorable Magistrate Judge Peggy Leen (Doc. #2) is hereby Affirmed.

IT IS FURTHER ORDERED that Plaintiff Kevin W. Dunigan shall have to and including **February 15, 2008**, within which to pay the filing fee of **$350.00**. Failure to do so will result in dismissal of this action.

DATED: January 3, 2008

_____
PHILIP M. PRO
United States District Judge